## IN THE CIRCUIT COURT OF UNION COUNTY, ARKANSAS
## CIVIL DIVISION

| | |
|---|---|
| EL DORADO AMMONIA, L.L.C. and EL DORADO CHEMCIAL COMPANY, | Plaintiffs, |
| vs. | |
| BENHAM CONSTRUCTORS, L.L.C., LEIDOS ENGINEERING, LLC, and LEIDOS, INC., | Case No. 70cv-2017-473-6<br><br>Defendants. |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Leidos, Inc. hereby gives notice of the removal of this action to the United States District Court for the Western District of Arkansas. A copy of the Notice of Removal filed with the United States District Court for the Western District of Arkansas on January 19, 2018 is attached to this Notice as Exhibit A.

Respectfully submitted,

*John F. Peiserich*

John F. Peiserich (AR Bar # 2002009)
**PPGMR LAW, PLLC**
P.O. Box 251618
Little Rock, AR 72225-1618
Phone: 501-603-9000
Facsimile: 501-603-0556
john@ppgmrlaw.com

EXHIBIT B

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing has been forwarded to the following parties via Electronic Mail and/or United States Mail, first class postage prepaid on January 19, 2017:

F. Mattison Thomas, III
103 East Man, Suite D
El Dorado, Arkansas 71730
matt@southarklegal.com
*Attorney for Plaintiffs*

Benham Constructors, LLC
c/o Cogency Global, Inc.
1215 Twin Lakes Drive
Little Rock, AR 72205

Leidos Engineering, LLC
c/o The Corporation Company
124 W. Capitol Ave., Ste. 1900
Little Rock, AR 72201

*/s/ John F. Peiserich*
John F. Peiserich