## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

**EL DORADO AMMONIA, LLC and**
**EL DORADO CHEMICAL COMPANY**                                     **PLAINTIFFS**

**vs.**                                     **Case No. 18-1006**

**BENHAM CONSTRUCTORS, LLC,**
**LEIDOS ENGINEERING, LLC and LEIDOS, INC.**                       **DEFENDANTS**

---

### MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

---

COMES now, El Dorado Ammonia, LLC and El Dorado Chemical Company, by and through their attorney F. Mattison Thomas, III, and for this voluntary dismissal as allowed by Rule 41 (a) of the Federal Rules of Civil Procedure does hereby move the matter be dismissed without prejudice.

**WHEREFORE PREMISES CONSIDERED**, the plaintiffs pray that this Court enter an order dismissing this cause of action under Rule 41 (a) and any and all other relief this Court deems just and proper.

   /s/ F. Mattison Thomas, III
F. Mattison Thomas, III
Thomas Law Firm
103 East Main Street, Suite D
El Dorado, AR  71730
Ph:     870-881-8468
Fax:    870-881-8416
Email: matt@southarklegal.com

## **CERTIFICATE OF SERVICE**

       I, F. Mattison Thomas, III, hereby certify that on August 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Jessica Pruitt Koehler
Patrick D. Wilson
Wright, Lindsey & Jennings, LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas  72201

William J. Cople, III
Stephen A. Klein
Hollingsworth LLP
1350 I Street, N.W.
Washington, D.C.  20005

John Peiserich
Molly Shepherd
PPGMR Law, PLLC
101 Morgan Keegan Drive, Ste. A
Little Rock, Arkansas  72202

James R. Leahy
Katie Tipper-McWhorter
Paul Brown
Greenberg Traurig, LLP
1000 Louisiana Street, Ste. 1700
Houston, TX  77002

David M. Wells
Kellie M. Humphries
Gunster, Yoakley & Stewart, P.A.
225 Water St., Ste. 1750
Jacksonville, Florida  32202

               /s/ F. Mattison Thomas, III
                  F. Mattison Thomas, III