IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EL DORADO AMMONIA, LLC and
EL DORADO CHEMICAL COMPANY                                                PLAINTIFFS

v.                                        Civil No. 1:18-cv-1006

BENHAM CONSTRUCTORS, LLC;
LEIDOS ENGINEERING, LLC; and
LEIDOS, INC.                                                               DEFENDANTS

# ORDER

Before the Court is Plaintiffs' Motion to Voluntarily Dismiss Without Prejudice. (ECF No. 103). Defendants have not responded to the motion, and their time to do so has passed. *See* Local Rule 7.2(b). The Court finds the matter ripe for consideration.

Plaintiffs ask the Court to allow them to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a). Federal Rule of Civil Procedure 41 governs the dismissal of actions. Rule 41(a) expressly provides for the voluntary dismissal of an action by the plaintiff or by court order in subsections (a)(1)[1] and (a)(2), respectively. Pursuant to Rule 41(a)(2), an action may be dismissed by court order at the plaintiff's request, on terms the court considers proper. "Voluntary dismissal under Rule 41(a)(2) should not be granted if a party will be prejudiced by the dismissal." *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1079 (8th Cir. 2017).

Upon consideration, the Court finds that good cause for the motion has been shown. Defendants do not argue that they would be prejudiced by dismissal of this case. Therefore, the

---

[1] Rule 41(a)(1) allows for dismissal if the plaintiff files a notice of dismissal before the opposing party files either an answer or a motion for summary judgment, or when all parties file a signed stipulation of dismissal. Based on the record before the Court, Rule 41(a)(1) is not applicable in this case.

Court finds that Plaintiffs' motion (ECF No. 103) should be and hereby is **GRANTED**. This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 31st day of August, 2018.

                                                    /s/ Susan O. Hickey
                                                  Susan O. Hickey
                                                  United States District Judge